# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158150(57)
158151

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PROGRESS MICHIGAN,
      Plaintiff-Appellant,

v

SC: 158150, 158151
COA: 340921, 340956
Ct of Claims: 17-000093-MZ

ATTORNEY GENERAL,
      Defendant-Appellee.

_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply brief is GRANTED. The reply brief will be accepted as timely filed if submitted on or before July 26, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2019



Clerk